| No | IP | Hit Date UTC | File Name | File Hash | ISP | Province |
|---|---|---|---|---|---|---|
| 1 | 141.239.201.105 | 2017-02-12 02:29:00 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 2 | 72.234.223.142 | 2017-02-08 02:28:54 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 3 | 72.234.239.87 | 2017-01-26 10:24:51 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 4 | 72.234.114.156 | 2017-01-21 23:00:51 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 5 | 72.234.190.169 | 2017-01-16 06:15:53 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 6 | 72.235.32.78 | 2017-01-15 20:54:11 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 7 | 72.234.27.203 | 2017-01-14 11:31:41 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Kauai County |
| 8 | 72.253.243.156 | 2017-01-11 06:27:41 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 9 | 72.234.165.194 | 2017-01-08 10:00:49 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 10 | 72.235.229.71 | 2017-01-08 09:14:14 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 11 | 72.234.164.101 | 2017-01-07 11:46:34 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 12 | 72.253.204.230 | 2017-01-05 02:47:45 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 13 | 72.234.73.160 | 2017-01-04 05:40:21 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 14 | 72.234.211.214 | 2017-01-02 01:39:21 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 15 | 72.234.67.108 | 2016-12-30 00:07:04 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Kauai County |
| 16 | 72.234.175.145 | 2016-12-22 11:29:27 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 17 | 72.253.8.160 | 2016-12-19 09:03:27 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 18 | 72.253.139.26 | 2016-12-15 09:28:34 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii County |
| 19 | 72.253.10.59 | 2016-12-13 08:08:41 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |
| 20 | 141.239.167.240 | 2016-12-09 12:13:41 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Honolulu County |

Exhibit "1"