IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ME2 PRODUCTIONS, INC., ) | CIVIL NO. 17-00078 SOM-RLP |
| ) | |
| Plaintiff, ) | ORDER DISCHARGING ORDER TO SHOW |
| ) | CAUSE |
| vs. ) | |
| ) | |
| FERDINAND PUMARAS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ORDER DISCHARGING ORDER TO SHOW CAUSE

On October 19, 2017, Plaintiff obtained default judgment against Ferdinand Pumaras and was awarded statutory damages in the amount of $750 and $250 in attorney's fees and taxes. ECF No. 43. The Court granted Plaintiff's request for a debtor exam, which was set for January 18, 2018. ECF No. 46. Mr. Pumaras failed to appear at the exam on January 18, 2018. ECF No. 48. Plaintiff then filed a Motion for Order to Show Cause Why Defendant Ferdinand Pumaras Should Not Be Held in Contempt of Court and for Attorney's Fees. ECF No. 49. Based on Mr. Pumaras's failure to appear at the Judgment Debtor Exam, the Court granted Plaintiff's request for an order to show cause, which was set for hearing on March 23, 2018. ECF No. 50.

Mr. Pumaras appeared by telephone at the hearing on March 23, 2018, with the assistance of a friend due to his limited English-language skills. See ECF No. 53. Kerry S. Culpepper, Esq. appeared by telephone on behalf of Plaintiff. Id. After Mr. Pumaras was sworn in, Mr. Culpepper began to

conduct the debtor exam.  Id.  The Court directed Mr. Pumaras to answer questions about his employment and bank accounts.  Id.  At Mr. Culpepper's request, the debtor exam was suspended and the hearing was continued to April 27, 2018, to allow time for Mr. Culpepper to send Mr. Pumaras debtor exam questions by mail.  Id.  On April 18, 2018, Mr. Culpepper filed a Declaration stating that he mailed debtor exam questions to Mr. Pumaras, but did not receive any response.  ECF No. 55.  Attached to his Declaration, Mr. Culpepper provided the list of questions that he sent to Mr. Pumaras.  ECF No. 55-1.  At the top of those questions, Mr. Culpepper included the following statement "You are obligated by the Court order to answer these questions."  Id. at 2.

On April 27, 2018, a further hearing was held on the Court's Order to Show Cause.  ECF No. 56.  Mr. Culpepper appeared by telephone.  Id.  Mr. Pumaras did not appear in person and did not answer at the telephone number provided to the Court.  Id.  After careful review of Mr. Culpepper's Declaration and the debtor exam questions that Mr. Culpepper mailed to Mr. Pumaras, the Court finds that Mr. Culpepper falsely represented to Mr. Pumaras that the Court had ordered Mr. Pumaras to answer the questions provided by counsel.  Further, the Court finds that a number of questions posed by counsel substantially overreach the bounds of appropriate debtor exam questions.  Specifically, the Court finds that questions 6, 7, 8, 12, 19, 25, regarding Mr.

Pumaras' alien status, family, landlord, and transfers of money to the Philippines, are inappropriate and outside the scope of collecting on the judgment in this case. Instead, these questions appear to be designed to intimidate or harass Mr. Pumaras. Contrary to Mr. Culpepper's representation in his letter to Mr. Pumaras, the Court did not order and would not have ordered Mr. Pumaras to answer these inappropriate questions. The Court DISCHARGES the Order to Show Cause.

The Court DIRECTS the Clerk's Office to serve a copy of this Order via certified mail return receipt requested on Mr. Pumaras at the following two addresses:

> 95-5577 Nahele St.
>
> Naalehu, Hawaii 96772
>
> and
>
> P.O. Box 455
>
> Naalehu, Hawaii 96772

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, APRIL 27, 2018.

Richard L. Puglisi
United States Magistrate Judge

**ME2 PRODUCTIONS, INC. v. PUMARAS**, CIVIL NO. 17-00078 SOM-RLP; ORDER DISCHARGING ORDER TO SHOW CAUSE